**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Top Cat Ready Mix, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  0  –  0  6  5  2  3  3  6 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2040 Dowdy Ferry Road** | |
| Number   Street | Number   Street |
| | P.O. Box |
| **Dallas**     **TX**   **75217** | |
| City     State   ZIP Code | City     State   ZIP Code |
| **Dallas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number   Street |
| | City     State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Top Cat Ready Mix, LLC**　　　　　　　　　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿＿＿

**7.** **Describe debtor's business**    *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

＿＿＿  ＿＿＿  ＿＿＿  ＿＿＿

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ＿＿＿＿＿＿＿＿＿＿＿＿  When ＿＿＿＿＿＿ Case number ＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　District ＿＿＿＿＿＿＿＿＿＿＿＿  When ＿＿＿＿＿＿ Case number ＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　District ＿＿＿＿＿＿＿＿＿＿＿＿  When ＿＿＿＿＿＿ Case number ＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor  **Top Cat Ready Mix, LLC**                                    Case number (if known) _____

| | |
|---|---|

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number        Street

_____

_____
City                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Top Cat Ready Mix, LLC**                                   Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |
| 15. | **Estimated assets** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/05/2019**
MM / DD / YYYY

X **/s/ Rena Huddleston**                                   **Rena Huddleston**
Signature of authorized representative of debtor        Printed name

Title **President**

| 18. | **Signature of attorney** | X **/s/ Joyce Lindauer** | Date **08/05/2019** |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**12720 Hillcrest Road, Suite 625**
Number          Street

_____

**Dallas**                                   **TX**        **75230**
City                                         State      ZIP Code

**(972) 503-4033**                           joyce@joycelindauer.com
Contact phone                               Email address

**21555700**                                 **TX**
Bar number                                  State

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Top Cat Ready Mix, LLC**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................     $16,717.00

Prior to the filing of this statement I have received........................................................     $11,717.00

Balance Due..............................................................................................................     $5,000.00

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **08/05/2019** | **/s/ Joyce Lindauer** | |
| --- | --- | --- |
| *Date* | *Joyce Lindauer* | Bar No.  21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road, Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

</div>

---

**/s/ Rena Huddleston**

*Rena Huddleston*
*President*

**Fill in this information to identify the case:**

Debtor name **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PLES INVESTMENTS PO BOX 307 SCURRY, TX 75158 | | Business Debt | | | | $1,409,367.05 |
| 2 | HOLCIM US INC P O BOX 732101 DALLAS, TX 75373-2101 | | Business Debt | | | | $814,252.43 |
| 3 | PATRIOT MINING & MATERIALS P.O.BOX 207 CHATFIELD, TX  75105 | | Business Debt | | | | $749,814.28 |
| 4 | PAPPY'S SAND & GRAVEL PO BOX 307 SCURRY, TX 75158 | | Business Debt | | | | $504,603.81 |
| 5 | STATE COMPTROLLER P.O. BOX 149361 AUSTIN, TX 78714 | | Taxes | | | | $464,792.16 |

Debtor   **Top Cat Ready Mix, LLC** _____   Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   DIAMOND 3H 1602 OVERLOOK DRIVE KAUFMAN, TX 75142 | | Business Debt | | | | $390,500.05 |
| 7   INTERNAL REVENUE SERVICE (941) P O BOX 105083 ATLANTA, GA 30348-508 | | Taxes | | | | $268,973.70 |
| 8   GREEN CAPITAL FUNDING LLC 5-31-19 116 NASSAU ST, SUITE 804 NEW YORK, NY  10038, | | Business Debt | | | | $254,348.00 |
| 9   LEHIGH HANSON, INC. C/O REBECCA A. HICKS 325 N. ST. PAUL ST, SUITE 4400 DALLAS, TX 75201 | | Business Debt | Contingent Unliquidated Disputed | | | $229,480.26 |
| 10   TURBO EXPRESS, LLC 117 OIL FIELD RD ENNIS, TX 75119 | | Business Debt | | | | $221,087.57 |
| 11   BROADWAY ADVANCE FUNDING 4-8-19 39 BROADWAY SUITE 930 NEW YORK, NY 10006 | | Business Debt | | | | $138,352.68 |
| 12   BORAL RESOURCES P O BOX 843922 DALLAS, TX 75284-3922 | | Business Debt | | | | $126,539.40 |
| 13   PAPPY'S TRUCKS PO BOX 307 SCURRY, TX 75158 | | Business Debt | | | | $118,695.45 |

Debtor   **Top Cat Ready Mix, LLC** _____      Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 TUCKER FUEL & OIL CO. P O BOX 252 408 N MAIN ST HUTCHINS, TX 75141 | | Business Debt | | | | $104,785.82 |
| 15 WG CAPITAL 4-29-19 1022 AVENUE M BROOKLYN, NY 11230 | | Business Debt | | | | $91,464.58 |
| 16 CHARAH, INC / CV ASH 12601 PLANTSIDE DRIVE LOUISVILLE, KY 40299 | | Business Debt | | | | $80,996.30 |
| 17 VULCAN MATERIALS COMPANY P O BOX 849131 DALLAS, TX 75284-9131 | | Business Debt | | | | $76,458.14 |
| 18 RITEKS, INC P O BOX 690586 HOUSTON, TX 77269-0586 | | Business Debt | | | | $72,671.12 |
| 19 SMALL BUSINESS FINANCIAL SOLUTIONS 4500 EAST WEST HWY, 6TH FL BETHESDA, MD 20814-2977 | | Business Debt | | | | $69,046.32 |
| 20 BLUE CROSS BLUE SHIELD OF TX P O BOX 731428 DALLAS, TX 75373-1428 | | Business Debt | | | | $65,962.26 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:   **Top Cat Ready Mix, LLC**                                                CASE NO

                                                                                    CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/5/2019 _____          Signature  **/s/ Rena Huddleston** _____
                                                            **Rena Huddleston**
                                                            **President**


Date _____                    Signature _____

A & W BEARING
P O BOX 540757
DALLAS, TX 75354


AAXION
P.O. BOX 4322
TYLER, TX 75712


ACCIDENT FUND GENERAL INS CO
P O BOX 77000, DEPT 77125
DETROIT, MI 48277-0125


ACCUSCREEN DRUG & ALCOHOL
1607 FALCON DRIVE, SUITE 102
DESOTO, TX  75115


ADAMS, AUDIE D
P.O. BOX 356
FORNEY, TX 75126


ADAMS, THOMAS C
P.O. BOX 694
FORNEY, TX 75126


ADAMS, THOMAS E
P.O BOX 694
FORNEY, TX 75126


ADVANTAGE FUNDING #4039-41164
P.O.BOX 75422
CHICAGO, IL 60675-5422


AFLAC
ATTN: REMITTANCE PROCESSING SERVICES
1932 WYNNTON RD
COLUMBUS, GA 31999-0797

AIRGAS USA, LLC
P O BOX 676015
DALLAS, TX 75267-6015


ALLIANCE TRUCKING, L.P.
C/O FRANK L. BROYLES
4956 N. O'CONNOR BLVD.
IRVING, TX 75062


ALPHA CAPITAL SOURCE
734 W BROADWAY
WOODMERE, NY 11598


ALTOM, JUDY C
10422 CR 4083
SCURRY, TX 75158


ARROW-MAGNOLIA INTERNATIONAL INC
P O BOX 674082
DALLAS, TX 75267-4082


ASURE TEST, INC.
P O BOX 1829
ST CHARLES, MO 63302


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


BAREFOOT, CONNIE L
129 CHAPLE COURT
WAXAHACHIE, TX 75165


BATES, GARY L
2001 N SEVEN POINTS BLVD
KEMP, TX 75143

BELL, VICTOR T
905 CARTWRIGHT RD #202
MESQUITE, TX 7514


BLUE CROSS BLUE SHIELD OF TX
P O BOX 731428
DALLAS, TX  75373-1428


BORAL RESOURCES
P O BOX 843922
DALLAS, TX 75284-3922


BREWSTER JR, JOHNNY R
10500 LAKE JUNE RD
DALLAS, TX 75217


BROADWAY ADVANCE FUNDING 4-8-19
39 BROADWAY SUITE 930
NEW YORK, NY 10006


BROWN, JEROME M
5923 WOODOAK DR
DALLAS, TX 75249


BUSH, JOE A
2539 CARPENTER
DALLAS, TX 75215


CALHOUN BHELLA & SECHREST, LLP
ATTN: ROBERT A. MCNIEL
325 N SAINT PAUL ST, SUITE 2300
DALLAS, TX  75201


CARDEN, FRANCIS E
504 SHADY LANE
KEMP, TX 75143

CARVER, ERIC D
2100 MOBILE DR
ENNIS, TX 75119


CASTILLO, CARLOS A
1715 RED CLOUD DR
DALLAS, TX 75217


CASTILLO, JOSE L
2829 INGRAM CIR
MESQUITE, TX 75181


CEPI- CONSTRUCTION EQUIPMENT PARTS
PO BOX 540306
DALLAS, TX 75354-0306


CERTIFIED LABORATORIES
P.O. BOX 971269
DALLAS, TX 75397-1269


CHARAH, INC / CV ASH
12601 PLANTSIDE DRIVE
LOUISVILLE, KY 40299


CHROME CAPITAL #1
1022 AVENUE M
BROOKLYN, NY 11230


CHUBB GROUP OF INSURANCE COMPANIES
ACCOUNTS RECEIVABLE - CLAIMS
202A HALL'S MILL RD, BLDG A, FLOOR 2-E,


CINTAS CORPORATION #01915
CINTAS LOC #K56
P O BOX 650838
DALLAS, TX 75265-0838

CINTAS CORPORATION #06511
CINTAS LOC #085
P O BOX 650838
DALLAS, TX75265-0838


CIRRO ENERGY (DALLAS OFFICE)
US RETAILERS, LLC
P O BOX 660004
DALLAS, TX 75266-0004


CIRRO ENERGY (DALLAS PLANT)
U.S. RETAILERS, LLC
P O BOX 660004
DALLAS, TX 75266-0004


CIRRO ENERGY (ENNIS)
P.O. BOX 660004
DALLAS, TX 75266-0004


CITY OF ENNIS- WATER BILL
P O BOX 220
ENNIS, TX 75120


CMC CONSTRUCTION SERVICES
P O BOX 844573
DALLAS, TX 75284-4573


COLEMAN, MICHAEL E
710 WOODARD WAY #133
ARLINGTON, TX 76011


CON-TECH MANUFACTURING, INC
67079 170TH AVENUE
DODGE CENTER, MN 55927


COSTCO
P O BOX 34783
SEATTLE, WA 98124-1783

CULLUM, SHERRI L
2106 CR 2101
KEMP, TX 75143


DALLAS COUNTY TAX OFFICE
JOHN R. AMES, CTA
P.O. BOX 139066
DALLAS, TX 75313-9066


DALLAS, CITY OF - WATER BILL
CITY HALL, 1AN
DALLAS, TX 75277


DEERE CREDIT, INC.
6400 NW 86TH STREET
JOHNSTON, IA 50131


DIAMOND 3H
1602 OVERLOOK DRIVE
KAUFMAN, TX 75142


DURHAM, PITTARD & SPALDING, LLP
P O BOX 224626
DALLAS, TX 75222


EDWARDS, CHARLIE L
2668 WINDSWEPT LN
MESQUITE, TX 75181


ELITE AUTO GLASS
11319 N FM 148
TERRELL, TX 75160


ELLIS COUNTY MEDICAL ASSOCIATES
802 W. LAMPASAS ST
ENNIS, TX 75119

FALCON SUPPLY
P O BOX 803
FORNEY, TX 75126


FIVE CUBITS, INC
DEPT. CH 16558
PALATINE, IL  60055-6558


GIBSON, PATRICIA M
6401 CR 149
KAUFMAN, TX 75142


GIPSON, PAMELA D
1548 WARWICK DRIVE
LANCASTER, TX 75134


GRAYBAR FINANCIAL SERVICES
P O BOX 79445
CITY OF INDUSTRY, CA 91716-9445,


GREEN CAPITAL FUNDING LLC 5-31-19
116 NASSAU ST, SUITE 804
NEW YORK, NY  10038,


GREEN, CONNIE D
1200 ST MORITZ CT
DESOTO, TX 75115


GUTIERREZ, HUGO A
1508 HOME MAKER HILLS
ARLINGTON, TX


HANSON AGGREGATES LLC
C/O REBECCA A. HICKS
325 N. ST. PAUL ST, SUITE 4400
DALLAS, TX 75201

HARGROVE, GLORIA B
304 CUMBERLAND RD.
WAXAHACHIE, TX 75165


HART, MILTON E
310 HOOPER CEMETERY ROAD
ENNIS, TX 75119


HARVEY'S EXXON
P O BOX 389
KEMP, TX 75143


HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0136


HILL, AARON
1128 RIVERREND CBT SMITH ST
DALLAS, TX 75203


HILL, DAVID E
1030 BRAEWICK CT
MESQUITE, TX 75181


HOLCIM US INC
P O BOX 732101
DALLAS, TX 75373-2101


HUBBARD, JUDSON W
1307 LAKE DR
WILLS POINT, TX 75169


HUBBARD, TINA O
2827 MAGNA VISTA DR
DALLAS, TX 75216

HUDDLESTON, RENA J
1602 OVERLOOK DR
KAUFMAN, TX 75142


ICES
8405 STEPHANIE DR
NORTH RICHLAND HILLS, TX 76182


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


INTERNAL REVENUE SERVICE (941)
P O BOX 105083
ATLANTA, GA 30348-508


JCK BATCH PLANT LLC
P O BOX 264
FATE, TX 75132


JOHN DEERE CONSTRUCTION
& FORESTRY COMPANY
6400 NW 86TH STREET
JOHNSTON, IA 50131


JONES, KENNETH R
12013 CR 4019
KEMP, TX 75143


KEPNER & COMPANY, INC.
5956 SHERRY LANE, SUITE 1300
DALLAS, TX 75225

KIRBY SMITH MACHINERY, INC
8505 S. CENTRAL EXPWY
DALLAS TX 75241


LATTIMORE MATERIALS COMPANY
P.O. BOX 732677
DALLAS, TX 75373-2677


LAWSON, DUSTIN L
11500 CR 418
GRANDVIEW, TX 76050


LEHIGH HANSON, INC.
C/O REBECCA A. HICKS
325 N. ST. PAUL ST, SUITE 4400
DALLAS, TX 75201


LEIJA, HECTOR L
740 EDGEMONT
DALLAS, TX 75216


Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


LONDON, MICHAEL
3200 N GALLOWAY AVE APT 1613
MESQUITE, TX 75150


LUCKEY, JERRY L
8414 FOXWOOD LN
DALLAS, TX 75217


MANAGER PLUS
9350 S 150 E SUITE 650
SANDY, UT 84070

MARTIN MARIETTA MATERIALS
P O BOX 677061
DALLAS, TX  75267-7061


MARTINEZ, RAFAEL T
2703 HARLANDALE AVE
DALLAS, TX 75216


MATHIS, KELLY D
160 FARR ALTON
COMBINE, TX 75159


MATHIS, TIMOTHY O
3137 BENT OAK
MESQUITE, TX 75181


MCBRIDE, SABRINA K
303 SE 2nd ST
KERENS, TX 75144


MCCOURT & SONS EQUIPMENT
5141 W STATE HWY 71
LA GRANGE, TX 78945


MEDEROS, JOSE
9850 BOB WHITE LN
TERRELL, TX 75161


MORITZ, SANDRA K
307 E. LAMPASAS ST
ENNIS, TX 75119


MOSLEY, THOMAS D
908 SUMAC DR
DALLAS, TX 75217

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
P O BOX 2147
OMAHA, NE  68103-2147


NAVARRO, NOE J
4025 GOLDEN ROD
HEARTLAND, TX 75216


NEWTEK SMALL BUSINESS FINANCE, INC.
60 HEMPSTEAD AVE, 5TH FLOOR
WEST HEMPSTEAD, NY 11552


NEXTIVA
8800 E. CHAPARRAL RD., SUITE 300
SCOTTSDALE, AZ 85250


NEXTLINK BROADBAND
95 PARKER OAKS LANE
HUDSON OAKS, TX 76087


O'REILLY AUTO PARTS
P O BOX 9464
SPRINGFIELD, MO  65801


PALLETT JR, DANNY B
334 WINDJAMMER RD
GUN BARREL, TX 75156


PAPPY'S SAND & GRAVEL
PO BOX 307
SCURRY, TX 75158


PAPPY'S TRUCKS
PO BOX 307
SCURRY, TX 75158

PATRIOT MINING & MATERIALS
P.O.BOX 207
CHATFIELD, TX  75105


PAUL, JR, DONNIE R
1219 PAUL DR
CEDAR HILL, TX 75104


PERRY, WINFORD R
2231 W. THOROUGHBRED DR.
LANCASTER, TX 75146


PLES INVESTMENTS
PO BOX 307
SCURRY, TX 75158


PSP BILLING
P O BOX 219907
KANSAS CITY, MO 64121-9907


QUEEN FUNDING LLC
101 CHASE AVE, SUITE #208
LAKEWOOD, NJ 08701


RDO EQUIPMENT CO.
P O BOX 7160
FARGO, ND  58106-7160


REEDER, GARY M
2220 TIMBER CREEK TRAIL
FLOWER MOUND, TX 75028


REEDER, JACK R
2220 TIMBER CREEK TRL
FLOWER MOUND, TX 75028

REEDER, JOHN MIKAL
12111 FM 90
MABANK, TX 75147


REEDER, MAVIS J
11430 C.R. 4017
KEMP, TX 75143


REJOPACHI, OMAR B
101VALEN DR
FATE, TX 75189


RENAISSANCE
225 SOUTH EAST STREET, #360
INDIANAPOLIS, IN  46202


REPUBLIC SERVICES # 069
P O BOX 78829
PHOENIX, AZ 85062-8829


REYES, MICHAEL A
8546 PRAIRIE HILL LN
DALLAS, TX 75217


RICHMOND, CODY R
3270 FM 2578
KAUFMAN, TX 75142


RIDGLE, ASHLEY N
201 BRIAR CREEK DR
CRANDALL, TX 75114


RITEKS, INC
P O BOX 690586
HOUSTON, TX 77269-0586

```
ROBERTS, MICHAEL S
8238 BREELAND DR
KEMP, TX 75143


RODRIGUEZ, ALEJANDRO
5027 LIVE OAK APT #7
DALLAS, TX 75206


RONE ENGINEERING SERVICES, LTD
P O BOX 226956
DALLAS, TX  75222


RUSH TRUCK CENTERS
515 NORTH LOOP 12
IRVING, TX 75061-8709


SEARCY, DERRICK K
1104 ANN DR
ENNIS, TX 75119


SMALL BUSINESS FINANCIAL SOLUTIONS
4500 EAST WEST HWY, 6TH FL
BETHESDA, MD 20814-2977


SOUTHWEST INTERNATIONAL TRUCKS, INC
P.O. BOX 560685
DALLAS, TX 75356-0685


SOUTHWESTERN PNEUMATIC
P O BOX 429
KYLE, TX 78640


SPARKLETTS & SIERRA (ENNIS)
P O BOX 660579
DALLAS, TX 75266-5079
```

SPARKLETTS & SIERRA SPRINGS (DALLAS)
P.O. BOX 660579
DALLAS, TX 75266-0579


SPECTRUM BUSINESS 0011107
P O BOX 60074
CITY OF INDUSTRY, CA 91716-0074,


STATE COMPTROLLER
P.O. BOX 149361
AUSTIN, TX 78714


STRATA MATERIALS, LLC
2100 N STATE HWY 360, SUITE 1801
GRAND PRAIRIE, TX 75050


STUART, MARTY J
1852 OLD TELICO RD
ENNIS, TX 75119


SUTHERLAND, ROBERT D
105 ROLLING RIDGE LN
CRANDALL, TX 75114


T & L RESOURCES LLC
576 JAMES RD
FERRIS TX 75125


TEXAS COMMISSION ON ENVIRONMENTAL QUALIT
P O BOX 13089
AUSTIN, TX 78711-3089


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

```
Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



THE FIRST STATE BANK
PO BOX 160
ENNIS, TX 75120



THE VINCE HAGAN CO
P O BOX 655141
DALLAS, TX 75265-5141



THE WRIGHT FIRM
1422 W. MAIN STREET
SUITE 201
LEWISVILLE, TX 75067


THOMAS PROTECTIVE SERVICE, INC
P O BOX 883
KAUFMAN, TX 75142-0883



THOMAS, SERCEDRIC D
6082 CLAYSON COURT
CRANDALL, TX 75114



TIMS, CLINT W
8441 FM 1181
ENNIS, TX 75119



TIRE PARTNERS OF TEXAS
2007 ROYAL LANE, UNIT #180
DALLAS, TX 75229



TRANSFORM TECHNOLOGIES, LLC
P O BOX 6568
CAROL STREAM, IL 60197-6568
```

```
TRUCK PRO
29787 NETWORK PLACE
CHICAGO, IL  60673-1787



TUBBS, CURRY L
10203 RIDGEOAK
DALLAS, TX 75227



TUCKER FUEL & OIL CO.
P O BOX 252
408 N MAIN ST
HUTCHINS, TX 75141



TURBO EXPRESS, LLC
117 OIL FIELD RD
ENNIS, TX 75119



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242



UTILITY TRAILER OF DALLAS
34241 LBJ FRWY
DALLAS TX 75241



VERIZON CONNECT FLEET USA LLC
P O BOX 347472
PITTSBURGH, PA 15251-4472



VULCAN MATERIALS COMPANY
P O BOX 849131
DALLAS, TX 75284-9131
```

WC OF TEXAS (WASTE CONNECTIONS INC)
LONE STAR, INC
PO BOX 742695
CINCINNATI, OH 45274-2695


WG CAPITAL 4-29-19
1022 AVENUE M
BROOKLYN, NY 11230



WHEELER, TIMOTHY D
P O BOX 8493
ENNIS, TX 75120



WILSON, JAMES D
2338 MANCHESTER LN
LANCASTER, TX 75134



WINGFOOT COMMERCIAL TIRE SYSTEMS,LLC.
8501 PETERBILT AVE
DALLAS, TX 75241