**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Top Cat Ready Mix, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-32635-hdh** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1. **Legacy Texas Checking account** | **Checking account** | 8  3  4  8 | $0.00 |
| 3.2. **Legacy Texas Checking account** | **Checking account** | 8  3  3  0 | $917.04 |
| 3.3. **BBVA Compass Checking account (Has negative balance of $5,386.90)** | **Checking account** | 9  1  1  3 | $0.00 |
| 3.4. **BBVA Compass Checking account (Has negative balance of $38.00)** | **Checking account** | 9  2  4  3 | $0.00 |
| 3.5. **BBVA Compass Checking account (Has negative balance of $5,275.20)** | **Checking account** | 0  3  2  4 | $0.00 |
| 3.6. **BBVA Compass Checking account** | **Checking account** | 8  5  9  5 | $1.04 |

| Debtor | **Top Cat Ready Mix, LLC** | | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|---|
| | Name | | | |

**4.**    Other cash equivalents    *(Identify all)*

     Name of institution (bank or brokerage firm)

**5.**    **Total of Part 1**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$918.08**

## Part 2:   Deposits and prepayments

**6.**    **Does the debtor have any deposits or prepayments?**

     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

                                            Current value of
                                            debtor's interest

**7.**    **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

7.1.    **Security Deposit with Cirro Energy**      **$1,430.00**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.**    **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      **$1,430.00**

## Part 3:   Accounts receivable

**10.**    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                              Current value of
                                            debtor's interest

**11.**    **Accounts receivable**

| 11a. | 90 days old or less: | **$1,551,843.49** | – | **$0.00** | = ............→ | **$1,551,843.49** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | **$129,186.49** | – | **$123,719.25** | = ............→ | **$5,467.24** |
| | | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$1,557,310.73**

## Part 4:   Investments

**13.**    **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|
| | Name | | |

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| 17. | **Total of Part 4** | | **$0.00** |
| | Add lines 14 through 16. Copy the total to line 83. | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| **Sand - Amount purchased within 20 days prior to filing is $26,652.00** | 08/14/2019 | | | **$33,600.00** |
| **Rock - Amount purchased within 20 days prior to filing is $23,208.15** | 08/14/2019 | | | **$37,800.00** |
| **Pea Gravel - Amount purchased within 20 days prior to filing is $1,000.00** | 08/14/2019 | | | **$1,000.00** |
| **Evokek** | 08/14/2019 | | | **$7,395.00** |
| **Syad Retarder - Amount purchased within 20 days of filing is $919.20** | 08/14/2019 | | | **$919.20** |
| **Hydrostop** | 08/14/2019 | | | **$2,000.00** |
| **Cement - Amount purchased within 20 days of filing is $49,200.00** | 08/14/2019 | | | **$49,200.00** |
| **A Train Air** | 08/14/2019 | | | **$502.50** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.    **$132,416.70**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

Debtor **Top Cat Ready Mix, LLC**        Case number (if known) **19-32635-hdh**
_____
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ Valuation method _____ Current value **$122,519.20**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

> **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor **Top Cat Ready Mix, LLC**                  Case number (if known) **19-32635-hdh**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Misc. Office Furniture** | **$803.20** | | **$803.20** |
| **40. Office fixtures** | | | |
| **Security Systems** | **$2,661.00** | | **$2,661.00** |
| **Misc. Office Equipment including computers & software and phone systems** | **$64,667.04** | | **$64,667.04** |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$68,131.24

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Kenworth VIN 1NKZLxxxxxxx8930** | | | **$165,000.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **Dallas & Ennis concrete plants** | | | **$59,512.40** |
| **Batch Houses** | | | **$18,326.80** |
| **Radios** | | | **$8,407.60** |
| **Shop Fixtures, Equipment & Tools** | | | **$7,443.60** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$258,690.40

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|
| | Name | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2040 Dowdy Ferry Rd., Dallas, TX 75217**<br>**2040 Dowdy Ferry Rd., Dallas, TX 75217** | Lease | | | $0.00 |
| 55.2. **2801 S. Kaufman St., Ennis, TX 75119**<br>2801 S. Kaufman St., Ennis, TX 75119 | Lease | | | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |

Debtor __**Top Cat Ready Mix, LLC**__          Case number (if known) __19-32635-hdh__
         Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

    **Mike Brooks - former customer who signed a**
    **promissory note in lieu of Debtor filing**
    **mechanic's liens against his projects**         $3,497.19 — _____ $0.00 = ➜   $3,497.19
                                                      Total face amount   doubtful or uncollectible amount

    **Gary Reeder - loan from business and purchase**
    **of concrete**                                   $185,234.93 — _____ $0.00 = ➜   $185,234.93
                                                      Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Debtor has potential claim against Chrome Capital #1 for amounts debited from Debtor's**
    **account after loan was paid in full. Debtor is waiting on refund. If refund is not received Debtor**
    **will need to file suit to collect.**                                                $9,996.00

    Nature of claim      __**Refund of overpayments**__

    Amount requested     __$9,996.00__

Debtor    **Top Cat Ready Mix, LLC**    Case number (if known)   **19-32635-hdh**
_____
Name

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**Debtor has a claim in the case styled In re Payment Card Interchange Fee and Merchant
Discount Antitrust Litigation, Case No. 05-MD-1720 (MKB)(JO) pending in the United States
District Court, Eastern District of New York.  The potential distribution amount will be
determined in future Court proceedings.**                                              **Unknown**

Nature of claim    **Potential Class Action Settlement**
_____

Amount requested    _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    **$198,728.12**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

# Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $918.08 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $1,430.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $1,557,310.73 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $132,416.70 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $68,131.24 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $258,690.40 | |
| 88. **Real property.** _Copy line 56, Part 9_................................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $198,728.12 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $2,217,625.27 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92....................................................    **$2,217,625.27**

**Fill in this information to identify the case:**

Debtor name **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-32635-hdh**
(if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Creditor's name**<br>ALPHA CAPITAL SOURCE | **Describe debtor's property that is subject to a lien** | $38,666.32 | $1,557,310.73 |
| | **Creditor's mailing address**<br>734 W BROADWAY | Accounts Receivable | | |
| | | **Describe the lien** | | |
| | | Business Debt / Agreement | | |
| | WOODMERE      NY    11598 | **Is the creditor an insider or related party?** | | |
| | **Creditor's email address, if known** | ☑ No<br>☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | ☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

**For Accounts Receivable: 1) NEWTEK SMALL BUSINESS FINANCE, INC.; 2) ALPHA CAPITAL SOURCE; 3) BROADWAY ADVANCE FUNDING; 4) GREEN CAPITAL FUNDING LLC 5-31-19; 5) SPG ADVANCE LLC; 6) WG CAPITAL. For Accounts Receivable: 1) NEWTEK SMALL BUSINESS FINANCE, INC.; 2) ALPHA CAPITAL SOURCE; 3) BROADWAY ADVANCE FUNDING; 4) GREEN CAPITAL FUNDING LLC 5-31-19; 5) SPG ADVANCE LLC; 6) WG CAPITAL.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,853,638.28

Debtor **Top Cat Ready Mix, LLC**                                      Case number (if known) **19-32635-hdh**

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

### 2.2  Creditor's name
**BROADWAY ADVANCE FUNDING**

Creditor's mailing address
**39 BROADWAY SUITE 930**

_____

**NEW YORK            NY    10006**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

**Accounts Receivable**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$138,352.68    $1,557,310.73

### 2.3  Creditor's name
**CHROME CAPITAL #1**

Creditor's mailing address
**1022 AVENUE M**

_____

**BROOKLYN            NY    11230**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Accounts receivable**

**Describe the lien**

**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$57,461.59    $0.00

Debtor   **Top Cat Ready Mix, LLC** _____   Case number (if known) **19-32635-hdh**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

---

**2.4**

Creditor's name
**DEERE CREDIT, INC.**

Creditor's mailing address
**6400 NW 86TH STREET**
_____
_____
**JOHNSTON        IA    50131**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number          **D  7  2  4**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**EQUIPMENT**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$86,173.21**            **$0.00**

---

**2.5**

Creditor's name
**GREEN CAPITAL FUNDING LLC 5-31-19**

Creditor's mailing address
**116 NASSAU ST, SUITE 804**
_____
_____
**NEW YORK        NY    10038**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$254,348.00**            **$1,557,310.73**

---

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) **19-32635-hdh** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **JOHN DEERE CONSTRUCTION** | | **$13,364.84** | **$0.00** |

Creditor's mailing address
**& FORESTRY COMPANY**

**Describe the lien**

**6400 NW 86TH STREET**

**EQUIPMENT**

**Describe the lien**

**Business Debt / Agreement**

**JOHNSTON       IA      50131**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **3    2    6    E**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **NEWTEK SMALL BUSINESS FINANCE, I** | | **$2,073,483.56** | **$1,557,310.73** |

Creditor's mailing address
**60 HEMPSTEAD AVE, 5TH FLOOR**

**Accounts Receivable**

**Describe the lien**

**Business Debt / Agreement**

**WEST HEMPSTEAD  NY    11552**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

Debtor **Top Cat Ready Mix, LLC**      Case number (if known) **19-32635-hdh**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8**   Creditor's name
**RDO EQUIPMENT CO.**

Creditor's mailing address
**P O BOX 7160**

_____

_____

**FARGO**      **ND**    **58106-7160**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
       relative priority?

    ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien
**EQUIPMENT**

Describe the lien
**Business Debt**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,323.50**      **$16,284.96**

**2.9**   Creditor's name
**SPG ADVANCE LLC**

Creditor's mailing address
**1221 MCDONALD AVENUE**

_____

**BROOKLYN**      **NY**    **11230**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
       relative priority?

    ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
       specified on lines **2.1** _____

Describe debtor's property that is
subject to a lien
**Accounts Receivable**

Describe the lien
**Business Debt / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Unknown**      **$1,557,310.73**

Debtor   **Top Cat Ready Mix, LLC**      Case number (if known) **19-32635-hdh**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.10** Creditor's name
**THE FIRST STATE BANK**

Creditor's mailing address
**PO BOX 160**

_____

**ENNIS**      **TX**    **75120**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number     **A   3   8   0**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**EQUIPMENT**

**Describe the lien**
**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,000.00**      **$0.00**

---

**2.11** Creditor's name
**WG CAPITAL**

Creditor's mailing address
**1022 AVENUE M**

_____

**BROOKLYN**      **NY**   **11230**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**
**Business Debt / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$91,464.58**      **$1,557,310.73**

---

Debtor **Top Cat Ready Mix, LLC**                                        Case number (if known) **19-32635-hdh**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Isaac H. Greenfield** | Line **2.3** | ___ ___ ___ ___ |
| **Law Offices of Isaac H. Greenfield PLLC** | | |
| **26 Broadway, Suite 375** | | |
| **New, York, NY 10004** | | |

**Fill in this information to identify the case:**

Debtor      **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **19-32635-hdh**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $944.61 | $0.00 |
|---|---|---|---|

**ADAMS, AUDIE D**

**P.O. BOX 356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FORNEY**      **TX**    **75126**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.99 | $371.99 |
|---|---|---|---|

**ADAMS, THOMAS C**

**P.O. BOX 694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FORNEY**      **TX**    **75126**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.3** Priority creditor's name and mailing address
**ALTOM, JUDY C**
**10422 CR 4083**

**SCURRY          TX          75158**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $781.88   **Priority amount:** $0.00

---

**2.4** Priority creditor's name and mailing address
**BAREFOOT, CONNIE L**
**129 CHAPLE COURT**

**WAXAHACHIE          TX          75165**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $1,015.97   **Priority amount:** $1,015.97

---

**2.5** Priority creditor's name and mailing address
**BATES, GARY L**
**2001 N SEVEN POINTS BLVD**

**KEMP          TX          75143**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $847.75   **Priority amount:** $847.75

Debtor  **Top Cat Ready Mix, LLC**                              Case number (if known) **19-32635-hdh**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.6**  **Priority creditor's name and mailing address**

**BELL, VICTOR T**

**905 CARTWRIGHT RD #202**

**MESQUITE, TX 7514**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim **$976.46**   Priority amount **$976.46**

Date or dates debt was incurred

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

---

**2.7**  **Priority creditor's name and mailing address**

**BLANKENSHIP, DARO**

**2201 TIMBERCREEK TRAIL**

**FLOWER MOUND           TX      75028**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim **$1,000.00**   Priority amount **$1,000.00**

Date or dates debt was incurred

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

---

**2.8**  **Priority creditor's name and mailing address**

**BREWSTER JR, JOHNNY R**

**10500 LAKE JUNE RD**

**DALLAS                 TX      75217**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

Debtor    **Top Cat Ready Mix, LLC**                                          Case number (if known)   **19-32635-hdh**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.9**   Priority creditor's name and mailing address
**BROWN, JEROME M**
**5923 WOODOAK DR**

**DALLAS**                  **TX**      **75249**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$947.21**    Priority amount **$947.21**

---

**2.10**   Priority creditor's name and mailing address
**BUSH, JOE A**
**2539 CARPENTER**

**DALLAS**                  **TX**      **75215**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$944.15**    Priority amount **$944.15**

---

**2.11**   Priority creditor's name and mailing address
**CARDEN, FRANCIS E**
**504 SHADY LANE**

**KEMP**                  **TX**      **75143**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,245.32**    Priority amount **$1,245.32**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 1:    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.12**    Priority creditor's name and mailing address

**CARVER, ERIC D**

**2100 MOBILE DR**

**ENNIS              TX     75119**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$677.19**      **$677.19**

---

**2.13**    Priority creditor's name and mailing address

**CASTILLO, CARLOS A**

**1715 RED CLOUD DR**

**DALLAS            TX     75217**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,204.72**      **$1,204.72**

---

**2.14**    Priority creditor's name and mailing address

**CASTILLO, JOSE L**

**2829 INGRAM CIR**

**MESQUITE          TX     75181**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,391.11**      **$1,391.11**

Debtor  **Top Cat Ready Mix, LLC**                                          Case number (if known)  **19-32635-hdh**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.15**  Priority creditor's name and mailing address
**COLEMAN, MICHAEL E**
**710 WOODARD WAY #133**

**ARLINGTON          TX      76011**
Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$994.10**          Priority amount: **$994.10**

**2.16**  Priority creditor's name and mailing address
**CULLUM, SHERRI L**
**2106 CR 2101**

**KEMP          TX      75143**
Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$305.18**          Priority amount: **$305.18**

**2.17**  Priority creditor's name and mailing address
**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
**P.O. BOX 139066**

**DALLAS          TX      75313-9066**
Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$14,025.26**          Priority amount: **$0.00**

Debtor __**Top Cat Ready Mix, LLC**_____  Case number (if known) __**19-32635-hdh**__

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.18**  Priority creditor's name and mailing address

**EDWARDS, CHARLIE L**

**2668 WINDSWEPT LN**

**MESQUITE          TX     75181**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,004.90**     **$1,004.90**

**2.19**  Priority creditor's name and mailing address

**GIBSON, PATRICIA M**

**6401 CR 149**

**KAUFMAN          TX     75142**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$734.20**     **$734.20**

**2.20**  Priority creditor's name and mailing address

**GIPSON, PAMELA D**

**1548 WARWICK DRIVE**

**LANCASTER          TX     75134**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$543.93**     **$543.93**

Debtor     **Top Cat Ready Mix, LLC**           Case number (if known)   **19-32635-hdh**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.21**    Priority creditor's name and mailing address

**GREEN, CONNIE D**

**1200 ST MORITZ CT**

**DESOTO**             **TX**     **75115**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$723.91**     Priority amount: **$723.91**

**2.22**    Priority creditor's name and mailing address

**GUTIERREZ, HUGO A**

**1508 HOME MAKER HILLS**

**ARLINGTON, TX**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$386.49**     Priority amount: **$386.49**

**2.23**    Priority creditor's name and mailing address

**HARGROVE, GLORIA B**

**304 CUMBERLAND RD.**

**WAXAHACHIE**         **TX**     **75165**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$975.14**     Priority amount: **$975.14**

Debtor   **Top Cat Ready Mix, LLC**                               Case number (if known)   **19-32635-hdh**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.24**   Priority creditor's name and mailing address
**HART, MILTON E**
**310 HOOPER CEMETERY ROAD**

**ENNIS                    TX      75119**
Date or dates debt was incurred
_____
Last 4 digits of account
number      __ __  __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$559.42**    Priority amount **$559.42**

**2.25**   Priority creditor's name and mailing address
**HILL, AARON**
**1128 RIVERREND CBT SMITH ST**

**DALLAS                 TX      75203**
Date or dates debt was incurred
_____
Last 4 digits of account
number      __ __  __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,000.28**    Priority amount **$1,000.28**

**2.26**   Priority creditor's name and mailing address
**HILL, DAVID E**
**1030 BRAEWICK CT**

**MESQUITE            TX      75181**
Date or dates debt was incurred
_____
Last 4 digits of account
number      __ __  __ __
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,026.01**    Priority amount **$1,026.01**

Debtor   **Top Cat Ready Mix, LLC**                               Case number (if known)   **19-32635-hdh**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.27**   Priority creditor's name and mailing address

**HUBBARD, JUDSON W**

**1307 LAKE DR**

**WILLS POINT              TX      75169**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim $945.37     Priority amount $945.37**

---

**2.28**   Priority creditor's name and mailing address

**HUBBARD, TINA O**

**2827 MAGNA VISTA DR**

**DALLAS                     TX      75216**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim $2,843.80     Priority amount $2,843.80**

---

**2.29**   Priority creditor's name and mailing address

**HUDDLESTON, RENA J**

**1602 OVERLOOK DR**

**KAUFMAN                 TX      75142**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim $842.12     Priority amount $842.12**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.30** Priority creditor's name and mailing address
**JONES, KENNETH R**
**12013 CR 4019**

**KEMP** **TX** **75143**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$660.13**     **$660.13**

**2.31** Priority creditor's name and mailing address
**LAWSON, DUSTIN L**
**11500 CR 418**

**GRANDVIEW** **TX** **76050**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$117.00**     **$117.00**

**2.32** Priority creditor's name and mailing address
**LEIJA, HECTOR L**
**740 EDGEMONT**

**DALLAS** **TX** **75216**

Date or dates debt was incurred
_____

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$741.81**     **$741.81**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.33** Priority creditor's name and mailing address

**LONDON, MICHAEL**

**3200 N GALLOWAY AVE APT 1613**

**MESQUITE                TX        75150**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,531.38**        **$2,531.38**

**2.34** Priority creditor's name and mailing address

**LUCKEY, JERRY L**

**8414 FOXWOOD LN**

**DALLAS                TX        75217**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$602.22**        **$602.22**

**2.35** Priority creditor's name and mailing address

**MARTINEZ, RAFAEL T**

**2703 HARLANDALE AVE**

**DALLAS                TX        75216**

Date or dates debt was incurred
_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$644.49**        **$644.49**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

**Part 1:**    **Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.36**    Priority creditor's name and mailing address

**MATHIS, KELLY D**

**160 FARR ALTON**

**COMBINE            TX      75159**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$526.66**            **$526.66**

---

**2.37**    Priority creditor's name and mailing address

**MATHIS, TIMOTHY O**

**3137 BENT OAK**

**MESQUITE            TX      75181**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,309.25**            **$1,309.25**

---

**2.38**    Priority creditor's name and mailing address

**MCBRIDE, SABRINA K**

**303 SE 2nd ST**

**KERENS            TX      75144**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$632.62**            **$632.62**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39**   Priority creditor's name and mailing address

**MEDEROS, JOSE**

**9850 BOB WHITE LN**

**TERRELL**      **TX**     **75161**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $1,200.45**      **Priority amount: $1,200.45**

**2.40**   Priority creditor's name and mailing address

**MORITZ, SANDRA K**

**307 E. LAMPASAS ST**

**ENNIS**      **TX**     **75119**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $680.68**      **Priority amount: $680.68**

**2.41**   Priority creditor's name and mailing address

**MOSLEY, THOMAS D**

**908 SUMAC DR**

**DALLAS**      **TX**     **75217**

Date or dates debt was incurred

_____

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $1,920.76**      **Priority amount: $1,920.76**

Debtor    **Top Cat Ready Mix, LLC**                                              Case number (if known)    **19-32635-hdh**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.42**   Priority creditor's name and mailing address
**NAVARRO, NOE J**

**4025 GOLDEN ROD**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,182.59      **Priority amount** $3,182.59

**HEARTLAND           TX      75216**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account
number        __ __  __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

---

**2.43**   Priority creditor's name and mailing address
**PALLETT JR, DANNY B**

**334 WINDJAMMER RD**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,715.09      **Priority amount** $1,715.09

**GUN BARREL          TX      75156**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account
number        __ __  __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

---

**2.44**   Priority creditor's name and mailing address
**PAUL, JR, DONNIE R**

**1219 PAUL DR**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,209.55      **Priority amount** $2,209.55

**CEDAR HILL          TX      75104**

Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Last 4 digits of account
number        __ __  __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Debtor     **Top Cat Ready Mix, LLC**                          Case number (if known) __19-32635-hdh__

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.45**  Priority creditor's name and mailing address
**PERRY, WINFORD R**

**2231 W. THOROUGHBRED DR.**

**LANCASTER                TX        75146**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$881.37**     Priority amount: **$881.37**

**2.46**  Priority creditor's name and mailing address
**REEDER, GARY M**

**2220 TIMBER CREEK TRAIL**

**FLOWER MOUND              TX        75028**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$1,701.56**     Priority amount: **$1,701.56**

**2.47**  Priority creditor's name and mailing address
**REEDER, JACK R**

**2220 TIMBER CREEK TRL**

**FLOWER MOUND              TX        75028**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __  __  __  __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$1,179.24**     Priority amount: **$1,179.24**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |

---

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.48**    Priority creditor's name and mailing address

**REEDER, JOHN MIKAL**

**12111 FM 90**

**MABANK**      **TX**    **75147**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$617.19**      **$617.19**

---

**2.49**    Priority creditor's name and mailing address

**REEDER, JOHNI**

**11430 CR 4017**

**KEMP**      **TX**    **75143**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,056.00**      **$7,056.00**

---

**2.50**    Priority creditor's name and mailing address

**REEDER, MAVIS J**

**11430 C.R. 4017**

**KEMP**      **TX**    **75143**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,622.31**      **$3,622.31**

---

Debtor __**Top Cat Ready Mix, LLC**_____ Case number (if known) __**19-32635-hdh**__

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.51** Priority creditor's name and mailing address
**REJOPACHI, OMAR B**
**101 VALEN DR**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim **$1,300.84**  Priority amount **$1,300.84**

**FATE                     TX      75189**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account
number        __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __4__ )

**2.52** Priority creditor's name and mailing address
**REYES, MICHAEL A**
**8546 PRAIRIE HILL LN**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim **$1,733.88**  Priority amount **$1,733.88**

**DALLAS                  TX      75217**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account
number        __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __4__ )

**2.53** Priority creditor's name and mailing address
**RICHMOND, CODY R**
**3270 FM 2578**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim **$1,477.59**  Priority amount **$1,477.59**

**KAUFMAN                 TX      75142**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account
number        __ __ __ __
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __4__ )

Debtor  **Top Cat Ready Mix, LLC**  Case number (if known)  **19-32635-hdh**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.54** | Priority creditor's name and mailing address
**RIDGLE, ASHLEY N**
**201 BRIAR CREEK DR**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$596.72**    Priority amount: **$596.72**

**CRANDALL          TX    75114**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**2.55** | Priority creditor's name and mailing address
**ROBERTS, MICHAEL S**
**8238 BREELAND DR**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,711.91**    Priority amount: **$2,711.91**

**KEMP          TX    75143**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**2.56** | Priority creditor's name and mailing address
**RODRIGUEZ, ALEJANDRO**
**5027 LIVE OAK APT #7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,100.32**    Priority amount: **$1,100.32**

**DALLAS          TX    75206**
Date or dates debt was incurred
_____

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor  **Top Cat Ready Mix, LLC**                                    Case number (if known)  **19-32635-hdh**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.57**  Priority creditor's name and mailing address

**SEARCY, DERRICK K**

**1104 ANN DR**

**ENNIS                          TX        75119**

Date or dates debt was incurred

_____

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$786.39**          **$786.39**

---

**2.58**  Priority creditor's name and mailing address

**STUART, MARTY J**

**1852 OLD TELICO RD**

**ENNIS                          TX        75119**

Date or dates debt was incurred

_____

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,238.01**          **$2,238.01**

---

**2.59**  Priority creditor's name and mailing address

**SUTHERLAND, ROBERT D**

**105 ROLLING RIDGE LN**

**CRANDALL                  TX        75114**

Date or dates debt was incurred

_____

Last 4 digits of account
number        __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$563.96**          **$563.96**

Debtor    **Top Cat Ready Mix, LLC**      Case number (if known)   **19-32635-hdh**

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

### 2.60   Priority creditor's name and mailing address

**THOMAS, SERCEDRIC D**

**6082 CLAYSON COURT**

**CRANDALL      TX    75114**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim:** $2,282.85    **Priority amount:** $2,282.85

### 2.61   Priority creditor's name and mailing address

**TIMS, CLINT W**

**8441 FM 1181**

**ENNIS      TX    75119**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim:** $108.80    **Priority amount:** $108.80

### 2.62   Priority creditor's name and mailing address

**TUBBS, CURRY L**

**10203 RIDGEOAK**

**DALLAS      TX    75227**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Total claim:** $155.97    **Priority amount:** $155.97

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.63** Priority creditor's name and mailing address

**WHEELER, TIMOTHY D**

**P O BOX 8493**

**ENNIS                    TX        75120**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

- [x] No
- [ ] Yes

**Total claim: $895.55**    **Priority amount: $895.55**

**2.64** Priority creditor's name and mailing address

**WILSON, JAMES D**

**2338 MANCHESTER LN**

**LANCASTER            TX        75134**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Wages**

Is the claim subject to offset?

- [x] No
- [ ] Yes

**Total claim: $2,336.36**    **Priority amount: $2,336.36**

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                  Amount of claim

---

**3.1**   Nonpriority creditor's name and mailing address

**A & W BEARING**

**P O BOX 540757**

**DALLAS**        **TX**    **75354**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$22.84**

---

**3.2**   Nonpriority creditor's name and mailing address

**AAXION**

**P.O. BOX 4322**

**TYLER**        **TX**    **75712**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$297.00**

---

**3.3**   Nonpriority creditor's name and mailing address

**ACCIDENT FUND GENERAL INS CO**

**P O BOX 77000, DEPT 77125**

**DETROIT**        **MI**    **48277-0125**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$50,477.10**

---

**3.4**   Nonpriority creditor's name and mailing address

**ACCUSCREEN DRUG & ALCOHOL**

**1607 FALCON DRIVE, SUITE 102**

**DESOTO**        **TX**    **75115**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,215.00**

---

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
| --- | --- | --- | --- |

**ADAMS, THOMAS E**

**P.O BOX 694**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **FORNEY** | **TX** | **75126** |
| --- | --- | --- |

Basis for the claim: **Expense Reimbursement**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,266.20** |
| --- | --- | --- | --- |

**ADVANTAGE FUNDING #4039-41164**

**P.O.BOX 75422**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **CHICAGO** | **IL** | **60675-5422** |
| --- | --- | --- |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,040.90** |
| --- | --- | --- | --- |

**AFLAC**

**ATTN: REMITTANCE PROCESSING SERVICES**

**1932 WYNNTON RD**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **COLUMBUS** | **GA** | **31999-0797** |
| --- | --- | --- |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.49** |
| --- | --- | --- | --- |

**AIRGAS USA, LLC**

**P O BOX 676015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **DALLAS** | **TX** | **75267-6015** |
| --- | --- | --- |

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Top Cat Ready Mix, LLC**                           Case number (if known)  **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,087.21 |
|---|---|---|---|

**ALLIANCE TRUCKING, L.P.**

**C/O ERIC DANCE**

**721 111TH STREET**

☑ Contingent
☑ Unliquidated
☑ Disputed

**ARLINGTON            TX        76011**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,892.35 |
|---|---|---|---|

**ARROW-MAGNOLIA INTERNATIONAL INC**

**P O BOX 674082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS            TX        75267-4082**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.25 |
|---|---|---|---|

**ASURE TEST, INC.**

**P O BOX 1829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ST CHARLES            MO        63302**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,704.15 |
|---|---|---|---|

**BLUE CROSS BLUE SHIELD OF TX**

**P O BOX 731428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS            TX        75373-1428**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Top Cat Ready Mix, LLC**          Case number (if known) **19-32635-hdh**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $126,539.40 |
|---|---|---|---|

**BORAL RESOURCES**

**P O BOX 843922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**      **TX**   **75284-3922**    **Business Debt**

Date or dates debt was incurred        **Is the claim subject to offset?**

Last 4 digits of account number    \_\_ \_\_ \_\_ \_\_   ☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $44,887.72 |
|---|---|---|---|

**CALHOUN BHELLA & SECHREST, LLP**

**ATTN: ROBERT A. MCNIEL**

**325 N SAINT PAUL ST, SUITE 2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**      **TX**   **75201**    **Attorney Fees**

Date or dates debt was incurred        **Is the claim subject to offset?**

Last 4 digits of account number    \_\_ \_\_ \_\_ \_\_   ☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $298.70 |
|---|---|---|---|

**CARVER, ERIC D**

**2100 MOBILE DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**ENNIS**      **TX**   **75119**    **Expense Reimbursement**

Date or dates debt was incurred        **Is the claim subject to offset?**

Last 4 digits of account number    \_\_ \_\_ \_\_ \_\_   ☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 |
|---|---|---|---|

**CEPI- CONSTRUCTION EQUIPMENT PARTS**

**PO BOX 540306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**      **TX**   **75354-0306**    **Business Debt**

Date or dates debt was incurred        **Is the claim subject to offset?**

Last 4 digits of account number    \_\_ \_\_ \_\_ \_\_   ☑ No
☐ Yes

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**    Nonpriority creditor's name and mailing address

**CERTIFIED LABORATORIES**

**P.O. BOX 971269**

**DALLAS**                      **TX      75397-1269**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,358.30**

---

**3.18**    Nonpriority creditor's name and mailing address

**CHARAH, INC / CV ASH**

**12601 PLANTSIDE DRIVE**

**LOUISVILLE**              **KY      40299**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$80,996.30**

---

**3.19**    Nonpriority creditor's name and mailing address

**CHUBB GROUP OF INSURANCE COMPANIES**

**ACCOUNTS RECEIVABLE - CLAIMS**

**202A HALL'S MILL RD, BLDG A, FLOOR 2-E,**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$744.00**

---

**3.20**    Nonpriority creditor's name and mailing address

**CINTAS CORPORATION #01915**

**CINTAS LOC #K56**

**P O BOX 650838**

**DALLAS**                      **TX      75265-0838**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$134.46**

Debtor    **Top Cat Ready Mix, LLC**      Case number (if known)   **19-32635-hdh**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**    Nonpriority creditor's name and mailing address      $439.92

**CINTAS CORPORATION #06511**

**CINTAS LOC #085**

**P O BOX 650838**

**DALLAS, TX75265-0838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**    Nonpriority creditor's name and mailing address      $1,683.64

**CIRRO ENERGY (DALLAS OFFICE)**

**US RETAILERS, LLC**

**P O BOX 660004**

**DALLAS**      **TX**    **75266-0004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**    Nonpriority creditor's name and mailing address      $8,446.67

**CIRRO ENERGY (DALLAS PLANT)**

**U.S. RETAILERS, LLC**

**P O BOX 660004**

**DALLAS**      **TX**    **75266-0004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**    Nonpriority creditor's name and mailing address      $579.43

**CIRRO ENERGY (ENNIS)**

**P.O. BOX 660004**

**DALLAS**      **TX**    **75266-0004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Top Cat Ready Mix, LLC**                                                      Case number (if known)   **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427.36 |
|---|---|---|---|

**CITY OF ENNIS- WATER BILL**

**P O BOX 220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ENNIS                          TX        75120**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,830.22 |
|---|---|---|---|

**CMC CONSTRUCTION SERVICES**

**P O BOX 844573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS                        TX        75284-4573**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,702.59 |
|---|---|---|---|

**CON-TECH MANUFACTURING, INC**

**67079 170TH AVENUE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DODGE CENTER                 MN        55927**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,407.85 |
|---|---|---|---|

**DALLAS, CITY OF - WATER BILL**

**CITY HALL, 1AN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS                        TX        75277**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Top Cat Ready Mix, LLC**                            Case number (if known)   **19-32635-hdh**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**   Nonpriority creditor's name and mailing address

**DIAMOND 3H**

**1602 OVERLOOK DRIVE**

**KAUFMAN**             **TX**     **75142**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$390,500.05

---

**3.30**   Nonpriority creditor's name and mailing address

**DURHAM, PITTARD & SPALDING, LLP**

**P O BOX 224626**

**DALLAS**             **TX**     **75222**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$31,407.23

---

**3.31**   Nonpriority creditor's name and mailing address

**ELITE AUTO GLASS**

**11319 N FM 148**

**TERRELL**             **TX**     **75160**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$211.55

---

**3.32**   Nonpriority creditor's name and mailing address

**ELLIS COUNTY MEDICAL ASSOCIATES**

**802 W. LAMPASAS ST**

**ENNIS**             **TX**     **75119**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$120.00

---

Debtor __Top Cat Ready Mix, LLC__                    Case number (if known) __19-32635-hdh__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$5,168.23

FALCON SUPPLY

P O BOX 803

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

FORNEY                    TX          75126        __Business Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$24,909.78

FIVE CUBITS, INC

DEPT. CH 16558

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

PALATINE                  IL        60055-6558     __Business Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$290.91

GRAYBAR FINANCIAL SERVICES

P O BOX 79445

CITY OF INDUSTRY, CA 91716-9445,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

__Business Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$875.00

HARVEY'S EXXON

P O BOX 389

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

KEMP                      TX          75143        __Business Debt__

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Top Cat Ready Mix, LLC**      Case number (if known) **19-32635-hdh**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

**HERITAGE-CRYSTAL CLEAN, LLC**

**13621 COLLECTIONS CENTER DR**

**CHICAGO**     IL     60693-0136

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$411.84**

---

**3.38** Nonpriority creditor's name and mailing address

**HOLCIM US INC**

**P O BOX 732101**

**DALLAS**     TX     75373-2101

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$814,252.43**

---

**3.39** Nonpriority creditor's name and mailing address

**ICES**

**8405 STEPHANIE DR**

**NORTH RICHLAND HILLS**     TX     76182

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,700.00**

---

**3.40** Nonpriority creditor's name and mailing address

**INTERNAL REVENUE SERVICE (941)**

**P O BOX 105083**

**ATLANTA, GA 30348-508**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$268,973.70**

---

Debtor  **Top Cat Ready Mix, LLC**                                    Case number (if known)  **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**JCK BATCH PLANT LLC**

**P O BOX 264**

**FATE**                    **TX**      **75132**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,236.35**

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**KEPNER & COMPANY, INC.**

**5956 SHERRY LANE, SUITE 1300**

**DALLAS**                   **TX**      **75225**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,953.75**

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**KIRBY SMITH MACHINERY, INC**

**8505 S. CENTRAL EXPWY**

**DALLAS**                   **TX**      **75241**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23.23**

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**LATTIMORE MATERIALS COMPANY**

**P.O. BOX 732677**

**DALLAS**                   **TX**      **75373-2677**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$52,056.38**

---

Debtor **Top Cat Ready Mix, LLC**      Case number (if known) **19-32635-hdh**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    Amount of claim

---

**3.45**   Nonpriority creditor's name and mailing address

**LEHIGH HANSON, INC.**

**C/O REBECCA A. HICKS**

**325 N. ST. PAUL ST, SUITE 4400**

**DALLAS**        **TX**    **75201**

Date or dates debt was incurred

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$229,480.26**

---

**3.46**   Nonpriority creditor's name and mailing address

**LUCKEY, JERRY L**

**8414 FOXWOOD LN**

**DALLAS**        **TX**    **75217**

Date or dates debt was incurred

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.00**

---

**3.47**   Nonpriority creditor's name and mailing address

**MANAGER PLUS**

**9350 S 150 E SUITE 650**

**SANDY**        **UT**    **84070**

Date or dates debt was incurred

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$556.24**

---

**3.48**   Nonpriority creditor's name and mailing address

**MARTIN MARIETTA MATERIALS**

**P O BOX 677061**

**DALLAS**        **TX**    **75267-7061**

Date or dates debt was incurred

Last 4 digits of account number   \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$153,981.81**

---

Debtor    **Top Cat Ready Mix, LLC**                                    Case number (if known)    **19-32635-hdh**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.49**    Nonpriority creditor's name and mailing address

**MCCOURT & SONS EQUIPMENT**

**5141 W STATE HWY 71**

**LA GRANGE**            **TX**    **78945**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,882.60**

---

**3.50**    Nonpriority creditor's name and mailing address

**MORITZ, SANDRA K**

**307 E. LAMPASAS ST**

**ENNIS**            **TX**    **75119**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25.50**

---

**3.51**    Nonpriority creditor's name and mailing address

**MUTUAL OF OMAHA**

**PAYMENT PROCESSING CENTER**

**P O BOX 2147**

**OMAHA**            **NE**    **68103-2147**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,328.87**

---

**3.52**    Nonpriority creditor's name and mailing address

**NEXTIVA**

**8800 E. CHAPARRAL RD., SUITE 300**

**SCOTTSDALE**            **AZ**    **85250**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$884.83**

---

Debtor  **Top Cat Ready Mix, LLC**                                    Case number (if known)  **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $702.02 |
|---|---|---|---|

**NEXTLINK BROADBAND**

**95 PARKER OAKS LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HUDSON OAKS**          **TX**    **76087**      **Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,822.65 |
|---|---|---|---|

**O'REILLY AUTO PARTS**

**P O BOX 9464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SPRINGFIELD**          **MO**    **65801**      **Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $504,603.81 |
|---|---|---|---|

**PAPPY'S SAND & GRAVEL**

**PO BOX 307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SCURRY**          **TX**    **75158**      **Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $118,695.45 |
|---|---|---|---|

**PAPPY'S TRUCKS**

**PO BOX 307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**SCURRY**          **TX**    **75158**      **Business Debt**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___     ☑ No
                                                     ☐ Yes

Debtor    **Top Cat Ready Mix, LLC**                          Case number (if known)  **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749,814.28 |
|---|---|---|---|

**PATRIOT MINING & MATERIALS**

**P.O.BOX 207**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**CHATFIELD          TX      75105**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___ ___ ___ ___

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,409,367.05 |
|---|---|---|---|

**PLES INVESTMENTS**

**PO BOX 307**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**SCURRY          TX      75158**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___ ___ ___ ___

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**PSP BILLING**

**P O BOX 219907**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**KANSAS CITY          MO      64121-9907**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___ ___ ___ ___

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,510.00 |
|---|---|---|---|

**QUEEN FUNDING LLC**

**101 CHASE AVE, SUITE #208**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**LAKEWOOD          NJ      08701**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___ ___ ___ ___

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** Nonpriority creditor's name and mailing address

**REEDER, GARY M**

**2220 TIMBER CREEK TRAIL**

**FLOWER MOUND          TX          75028**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

**$501.30**

---

**3.62** Nonpriority creditor's name and mailing address

**RENAISSANCE**

**225 SOUTH EAST STREET, #360**

**INDIANAPOLIS          IN          46202**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,217.59**

---

**3.63** Nonpriority creditor's name and mailing address

**REPUBLIC SERVICES # 069**

**P O BOX 78829**

**PHOENIX          AZ          85062-8829**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$139.61**

---

**3.64** Nonpriority creditor's name and mailing address

**RITEKS, INC**

**P O BOX 690586**

**HOUSTON          TX          77269-0586**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$72,671.12**

---

| | |
|---|---|
| Debtor **Top Cat Ready Mix, LLC** | Case number (if known) **19-32635-hdh** |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.65** Nonpriority creditor's name and mailing address

**RONE ENGINEERING SERVICES, LTD**

**P O BOX 226956**

**DALLAS**      **TX**      **75222**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,281.00**

---

**3.66** Nonpriority creditor's name and mailing address

**RUSH TRUCK CENTERS**

**515 NORTH LOOP 12**

**IRVING**      **TX**      **75061-8709**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,559.24**

---

**3.67** Nonpriority creditor's name and mailing address

**SMALL BUSINESS FINANCIAL SOLUTIONS**

**4500 EAST WEST HWY, 6TH FL**

**BETHESDA**      **MD**      **20814-2977**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$69,046.32**

---

**3.68** Nonpriority creditor's name and mailing address

**SOUTHWEST INTERNATIONAL TRUCKS, INC**

**P.O. BOX 560685**

**DALLAS**      **TX**      **75356-0685**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,142.15**

---

Debtor  **Top Cat Ready Mix, LLC**                    Case number (if known)  **19-32635-hdh**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**  Nonpriority creditor's name and mailing address

**SOUTHWESTERN PNEUMATIC**

**P O BOX 429**

**KYLE**                     **TX**     **78640**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$647.76

---

**3.70**  Nonpriority creditor's name and mailing address

**SPARKLETTS & SIERRA (ENNIS)**

**P O BOX 660579**

**DALLAS**                   **TX**     **75266-5079**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$34.26

---

**3.71**  Nonpriority creditor's name and mailing address

**SPARKLETTS & SIERRA SPRINGS (DALLAS)**

**P.O. BOX 660579**

**DALLAS**                   **TX**     **75266-0579**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$859.41

---

**3.72**  Nonpriority creditor's name and mailing address

**SPECTRUM BUSINESS 0011107**

**P O BOX 60074**

**CITY OF INDUSTRY, CA 91716-0074,**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$376.69

---

Debtor     **Top Cat Ready Mix, LLC**            Case number (if known)   **19-32635-hdh**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                               Amount of claim

**3.73**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$464,792.16**

**STATE COMPTROLLER**

**P.O. BOX 149361**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**AUSTIN**        **TX**     **78714**      **Taxes**

Date or dates debt was incurred             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☑ No
                                                      ☐ Yes

**3.74**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$51,648.96**

**STRATA MATERIALS, LLC**

**2100 N STATE HWY 360, SUITE 1801**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**GRAND PRAIRIE**     **TX**     **75050**      **Business Debt**

Date or dates debt was incurred             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☑ No
                                                       ☐ Yes

**3.75**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$988.62**

**T & L RESOURCES LLC**

**576 JAMES RD**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**FERRIS**        **TX**     **75125**      **Business Debt**

Date or dates debt was incurred             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☑ No
                                                       ☐ Yes

**3.76**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:            **$2.60**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALIT**

**P O BOX 13089**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**AUSTIN**        **TX**     **78711-3089**      **Business Debt**

Date or dates debt was incurred             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☑ No
                                                       ☐ Yes

Debtor __**Top Cat Ready Mix, LLC**_____ Case number (if known) __**19-32635-hdh**__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

**THE VINCE HAGAN CO**

**P O BOX 655141**

**DALLAS** **TX** **75265-5141**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,843.00

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

**THE WRIGHT FIRM**

**1422 W. MAIN STREET**

**SUITE 201**

**LEWISVILLE** **TX** **75067**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,682.50

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

**THOMAS PROTECTIVE SERVICE, INC**

**P O BOX 883**

**KAUFMAN** **TX** **75142-0883**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$34,848.09

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

**TIRE PARTNERS OF TEXAS**

**2007 ROYAL LANE, UNIT #180**

**DALLAS** **TX** **75229**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,449.31

---

Debtor **Top Cat Ready Mix, LLC** _____ Case number (if known) **19-32635-hdh**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81** Nonpriority creditor's name and mailing address

**TRANSFORM TECHNOLOGIES, LLC**

**P O BOX 6568**

**CAROL STREAM          IL     60197-6568**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,747.94**

---

**3.82** Nonpriority creditor's name and mailing address

**TRUCK PRO**

**29787 NETWORK PLACE**

**CHICAGO          IL     60673-1787**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$9,003.06**

---

**3.83** Nonpriority creditor's name and mailing address

**TUCKER FUEL & OIL CO.**

**P O BOX 252**

**408 N MAIN ST**

**HUTCHINS          TX     75141**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$104,785.82**

---

**3.84** Nonpriority creditor's name and mailing address

**TURBO EXPRESS, LLC**

**117 OIL FIELD RD**

**ENNIS          TX     75119**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$221,087.57**

---

Debtor    **Top Cat Ready Mix, LLC**        Case number (if known)   **19-32635-hdh**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                       Amount of claim

**3.85**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$392.08**
*Check all that apply.*

**UTILITY TRAILER OF DALLAS**

**34241 LBJ FRWY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**        **TX**    **75241**     **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___    ☑ No
                                                   ☐ Yes

**3.86**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:               **$12,758.32**
*Check all that apply.*

**VERIZON CONNECT FLEET USA LLC**

**P O BOX 347472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**PITTSBURGH**        **PA**    **15251-4472**     **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___    ☑ No
                                                    ☐ Yes

**3.87**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:              **$263,798.57**
*Check all that apply.*

**VULCAN MATERIALS COMPANY**

**P O BOX 849131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**        **TX**    **75284-9131**     **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___    ☑ No
                                                    ☐ Yes

**3.88**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                  **$556.43**
*Check all that apply.*

**WC OF TEXAS (WASTE CONNECTIONS INC)**

**LONE STAR, INC**

**PO BOX 742695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**CINCINNATI**        **OH**    **45274-2695**     **Business Debt**

Date or dates debt was incurred        Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___    ☑ No
                                                    ☐ Yes

Debtor **Top Cat Ready Mix, LLC**  Case number (if known) **19-32635-hdh**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address |
| --- | --- |

**WINGFOOT COMMERCIAL TIRE SYSTEMS,LLC.**

**8501 PETERBILT AVE**

**DALLAS**     **TX**     **75241**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?

☒ No
☐ Yes

$5,429.87

Debtor    **Top Cat Ready Mix, LLC**       Case number (if known)   **19-32635-hdh**

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **David HagEstad** <br> **Guest & Gray Law Firm, P.C.** <br> **112 S. Bois D'Arc Street** <br> **Forney    TX    75126** | Line   **3.33** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.2 **Kelsey R. Wyble** <br> **Wyble Law Firm, PLLC** <br> **310 W. Brin Street** <br> **Terrell    TX    75160** | Line   **3.79** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.3 **Randall K.Lindley** <br> **Bell Nunnally & Martin LLP** <br> **2323 Ross Avenue** <br> **Suite 1900** <br> **Dallas    TX    75201** | Line   **3.38** <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor     **Top Cat Ready Mix, LLC**                                   Case number (if known)   **19-32635-hdh**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$91,279.97** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$6,660,582.20** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,751,862.17** |

**Fill in this information to identify the case:**

Debtor name   **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-32635-hdh**      Chapter   **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of vehicle<br>Contract to be ASSUMED | JOHN REEDER<br>11430 cr 4017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | KEMP      TX     75143 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Vehicles<br>Contract to be ASSUMED | PAPPY'S SAND & GRAVEL<br>PO BOX 307 |
| | State the term remaining | | |
| | List the contract number of any government contract | | SCURRY      TX     75158 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of vehicles<br>Contract to be ASSUMED | PAPPY'S TRUCKS<br>PO BOX 307 |
| | State the term remaining | | |
| | List the contract number of any government contract | | SCURRY      TX     75158 |

**Fill in this information to identify the case:**

Debtor name **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-32635-hdh**
(if known)

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Diamond 3H Enterprises** | **1602 Overlook Drive** <br> Number   Street <br><br> **Kaufman**   **TX**   **75142** <br> City   State   ZIP Code | **WG CAPITAL** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Diamond 3H Enterprises, LLC** | **2040 Dowdy Ferry Rd.** <br> Number   Street <br><br> **Dallas**   **TX**   **75217** <br> City   State   ZIP Code | **DEERE CREDIT, INC.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Diamond 3H Enterprises, LLC** | **1602 Overlook Drive** <br> Number   Street <br><br> **Kaufman**   **TX**   **75142** <br> City   State   ZIP Code | **GREEN CAPITAL FUNDING LLC 5-31-19** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Diamond 3H Enterprises, LLC** | **2040 Dowdy Ferry Road** <br> Number   Street <br><br> **Dallas**   **TX**   **75217** <br> City   State   ZIP Code | **GREEN CAPITAL FUNDING LLC 5-31-19** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Top Cat Ready Mix, LLC** | | Case number (if known) | **19-32635-hdh** |

<br>

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | | Column 2:  Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | John Piles Reeder | PO Box 308<br>Number      Street<br><br>Scurry                        TX    75158<br>City                        State   ZIP Code | SPG ADVANCE LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | John Ples Reeder | 11430 County Road 4017<br>Number      Street<br><br>Kemp                        TX    75143<br>City                        State   ZIP Code | DEERE CREDIT, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | John Ples Reeder | d/b/a Reeder Farms<br>Number      Street<br>13851 S. State Highway 34<br>Scurry                        TX    75158<br>City                        State   ZIP Code | JOHN DEERE CONSTRUCTION | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | John Reeder, Deceased | 11430 CR 4017<br>Number      Street<br><br>Kemp                        TX    75143<br>City                        State   ZIP Code | NEWTEK SMALL BUSINESS FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | John Reeder, Deceased | 11430 CR 4017<br>Number      Street<br><br>Kemp                        TX    75143<br>City                        State   ZIP Code | ALPHA CAPITAL SOURCE | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Mavis Reader | 11430 CR 4017<br>Number      Street<br><br>Kemp                        TX    75143<br>City                        State   ZIP Code | BROADWAY ADVANCE FUNDING | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Pappy's Sand & Gravel, Inc. | PO Box 307<br>Number      Street<br><br>Scurry                        TX    75158<br>City                        State   ZIP Code | NEWTEK SMALL BUSINESS FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Top Cat Ready Mix, LLC** | Case number (if known) | **19-32635-hdh** |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.12 | Pappy's Sand & Gravel, Inc. | PO Box 307<br>Number    Street<br><br>Scurry                TX    75158<br>City                        State  ZIP Code | THE FIRST STATE BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Pappy's Trucks, Ltd. | PO Box 307<br>Number    Street<br><br>Scurry                TX    75158<br>City                        State  ZIP Code | NEWTEK SMALL BUSINESS FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Pappy's Trucks, Ltd. | PO Box 307<br>Number    Street<br><br>Scurry                TX    75158<br>City                        State  ZIP Code | THE FIRST STATE BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | PLES Investments, LLC | 13851 S. State Highway 34<br>Number    Street<br><br>Scurry                TX    75158<br>City                        State  ZIP Code | NEWTEK SMALL BUSINESS FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Reeder Investments, LLC | 13851 S. State Highway 34<br>Number    Street<br><br>Scurry                TX    75158<br>City                        State  ZIP Code | NEWTEK SMALL BUSINESS FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Rena Huddleston | 1602 Overlook Drive<br>Number    Street<br>Kaufman, TX 751442<br><br>City                        State  ZIP Code | BROADWAY ADVANCE FUNDING | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Renea Johnette Huddleston | 1602 Overlook Drive<br>Number    Street<br><br>Kaufman            TX    75142<br>City                        State  ZIP Code | DEERE CREDIT, INC. | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-32635-hdh**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

| 1a. | **Real property:** Copy line 88 from Schedule A/B........................................................................ | $0.00 |
|---|---|---|
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B.......................................................... | $2,217,625.27 |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B................................................................ | $2,217,625.27 |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........ | **$2,853,638.28**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | $91,279.97 |
|---|---|---|
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | + $6,660,582.20 |

4. **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................ | **$9,605,500.45**

**Fill in this information to identify the case and this filing:**

Debtor Name **Top Cat Ready Mix, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-32635-hdh**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/26/2019**          X **/s/ Rena Huddleston**
          MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                             **Rena Huddleston**
                                             Printed name
                                             **President**
                                             Position or relationship to debtor